# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Roberto Hernandez Hernandez

               V.                                  **JUDGMENT IN A CIVIL CASE**

MS Banks

                                           **CASE NUMBER:**    10CR0107-BTM/11CV2360-BTM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motions to reduce sentence is Denied. The Court Denies a Certificate of Appealability.

| December 8, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 8, 2011 |

[Case Number]